ACCEPTED
04-14-00811-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/28/2015 3:52:03 PM
KEITH HOTTLE
CLERK

04-14-00811-CV

IN THE COURT OF APPEALS

FOURTH DISTRICT

SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/28/2015 3:52:03 PM
KEITH E. HOTTLE
Clerk

RANDY COLEMAN
AND JIM COLEMAN COMPANY,

*Appellants*

V.

RALPH DEAN,

*Appellee*

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Ralph Dean, Appellee in the above-entitled and numbered cause, files this his First Unopposed Motion for Extension of Time to File Appellee's Brief and in support thereof would respectfully show the Court as follows:

1.     The Clerk's Record in this cause was filed on December 22, 2014, while the Reporter's Record was filed on January 30, 2015. Following two unopposed extensions of time, Appellant Randy Coleman filed his Brief on April 29, 2015, and Appellant Jim Coleman Company filed its Brief on May 1, 2015, making Appellee's Briefs currently due on May 29, 2015, and June 1, 2015.

04-14-00811-CV
*Coleman v Dean*                    Page 1 of 5                    1st Unopposed MET
to File Appellee's Brief

2. This is Appellee's first motion for extension of time and no extensions have previously been granted with respect to Appellee's Brief(s). Appellee is requesting thirty (30) additional days from the later of the current two deadlines to file his Brief(s), which would make Appellee's Brief(s) due July 1, 2015.

3. This is a restricted appeal as to Appellant Randy Coleman.

4. Appellee is requesting a 30-day extension for the following reasons: appellate counsel for Appellee, Frank Weathered, was out of town May 7 through May 9 on personal business with his wife; on May 12 Mr. Weathered was out of the office for a premises inspection and on May 14 Mr. Weathered attended an oral deposition for most of the day in Case No. 2:15-CV-00097, *Cottens Barbeque, Inc. v. Cottens Catering Company, LLC*, In the U.S. District Court for the Southern District of Texas, Corpus Christi Division; the week of May 18, Mr. Weathered assisted in the preparation of the Reply Brief of Garnishees-Appellants in Case No. 14-20619, *Alberto Licea, et al. v. Curacao Drydock Co., Inc. v. Formosa Plastics Marine Corp., et al.*, In the U.S. Court of Appeals for the Fifth Circuit; Mr. Weathered was out of the office for the Memorial Day holiday on May 25 and to celebrate his May 26 birthday; and Mr. Weathered is currently preparing for a two-day final hearing in No. S-11-6094-CV-B, *Mary Odem, et al. v. Dennis Berry, et al.*, In the 156th Judicial District Court, San Patricio County, Texas.

5.    This extension request is not for delay but that justice be done.

6.    Mr. Paul R. Lawrence, counsel for Appellants Randy Coleman and Jim Coleman Company, has been consulted regarding this motion and he has indicated that Appellants do not oppose this request.

WHEREFORE, PREMISES CONSIDERED, Appellee Ralph Dean prays that the Court grant this motion and extend the time for filing Appellee's Brief to July 1, 2015. Appellee prays for such other and further relief to which he may be entitled.

Respectfully submitted,

DUNN WEATHERED COFFEY
RIVERA & KASPERITIS, PC
611 South Upper Broadway
Corpus Christi, Texas 78401
TEL: 361.883.1594
FAX: 361.883.1599
EMAIL: frank@weatheredlaw.com

BY  */s/ Frank Weathered*
    Frank Weathered
    Texas State Bar No. 20998600

**ATTORNEY-IN-CHARGE FOR
APPELLEE RALPH DEAN**

*Of Counsel:*

Charles C. Webb, Jr.
Texas State Bar No. 21039500
Parker S. Webb
Texas State Bar No. 24085648
WEBB CASON, PC
710 North Mesquite Street
Corpus Christi, Texas 78401-2312
TEL: 361.887.1031
FAX: 361.887.0903
EMAIL: charlie@wcctxlaw.com
EMAIL: parker@wcctxlaw.com

J. Michael Guerra
Texas State Bar No. 08581310
LAW OFFICE OF J. MICHAEL GUERRA
1600 E. Main Street, Suite 227
P.O. Box 1968
Alice, Texas 78333
TEL: 361.668.7344
FAX: 361.664.1003
EMAIL: jmguerra14@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that on MAY 28, 2015, this document was electronically filed pursuant to TEX. R. CIV. P. 21(f)(1) and a true and correct copy was served on counsel of record listed below through the electronic filing manager if the email address is on file with the electronic filing manager, pursuant to TEX. R. CIV. P. 21a(a)(1). If the email address of any attorney listed below is not on file with the electronic filing manager, a true and correct copy of this document was served pursuant to TEX. R. CIV. P. 21a(a)(2).

/s/ *Frank Weathered*
Frank Weathered

Mr. Paul R. Lawrence
LAWRENCE & BACA, PLLC
2180 North Loop West, Suite 510
Houston, Texas 77018
FAX: 713.864.0179
EMAIL: prlawrence@lbandd.com
***Attorney for Appellants***